## OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 207-4219
FAX: (410) 962-3976

JAMES WYDA
FEDERAL PUBLIC DEFENDER

CARRIE HOWIE CORCORAN
ASSISTANT FEDERAL PUBLIC DEFENDER

June 12, 2024

The Honorable David Copperthite
United States Magistrate Judge
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   United States v. Arnell Shelton, Reg. No. 31513-007
        Federal Parole Violation

Dear Judge Copperthite:

Arnell Shelton requests appointment of counsel for an upcoming federal parole violation hearing. Enclosed is a financial affidavit completed by Mr. Shelton. On his behalf, I ask that you appoint my office to defend him.

Mr. Shelton is currently serving a state sentence in the Maryland Division of Corrections. Appointment of counsel is authorized under 28 CFR §2.48(b).

If you need additional information, please do not hesitate to contact me.

Sincerely,

Carrie Howie Corcoran
Assistant Federal Public Defender

Enclosure